## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MATTHEW EARVASE, | § | |
| | § | No. 161, 2015 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Family Court of |
| | § | the State of Delaware in and for |
| v. | § | New Castle County |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1306019886 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: June 23, 2015
Decided: June 29, 2015

### O R D E R

This 29th day of June 2015, it appears to the Court that, on June 4, 2015, the Chief Deputy Clerk issued a notice directing the appellant, Matthew Earvase, to show cause why this appeal should not be dismissed for Earvase's failure to (i) file the opening brief and (ii) pay the Supreme Court filing fee in the absence of a motion to proceed *in forma pauperis*. Earvase has failed to respond to the notice to show cause and has neither filed the opening brief nor paid the filing fee. Under these circumstances, dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

_____
Justice